LAW OFFICE OF WILLIAM J. HEALY  Case Name: In re Vu, Hai and Makara
WILLIAM J. HEALY #146158  Case No.: 20-50412 MEH
748 Holbrook Pl
Sunnyvale, CA 94087
TEL. (408) 373-4680
EMAIL: wjhealy7@gmail.com

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
**CERTIFICATE OF SERVICE**

    I declare that I am employed in the County of Santa Clara, California; I am over the age of 18 years, and not a party to the within entitled cause; my address is 748 Holbrook Pl Sunnyvale, CA 94087.
    On March 6, 2020, I served a copy of:

**1. NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE**

BY MAIL, and ECF OR AS OTHERWISE NOTED, by placing a true copy thereof enclosed in a sealed envelope addressed to:

```
All ECF
Recipients
```

    I am familiar with the firm's practice for collecting and processing of correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Jose, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.
    I declare under penalty of perjury, under the laws of California, that the foregoing is true and correct. Executed on March 6, 2020, at Sunnyvale, California.

                                            /s/ William J. Healy
                                            William J. Healy