LARS T. FULLER (No. 141270)
SAM TAHERIAN (No. 170953)
JOYCE K. LAU (No. 267839)
THE FULLER LAW FIRM, PC
60 No. Keeble Ave.
San Jose, CA 95126
Telephone: (408)295-5595
Facsimile: (408) 295-9852

Attorneys for Debtors

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>HAI VU<br>MAKARA VU<br><br>Debtors | CASE No.: 20-50412-MEH<br><br>**DEBTOR'S STATUS CONFERENCE STATEMENT**<br><br>CHAPTER 11<br><br>Date: April 30, 2020<br>Time: 10:30 AM<br>Court: 11 |

Come now Hai Vu and Makara Vu as Debtors-in-possession in the above-referenced proceeding ("Debtors" hereinafter) and respectfully submit the herein status conference statement.

**Background**

Debtors filed the herein case under Subchapter V on March 1, 2020. Debtors do not own any real property. Mr. and Mrs. Vu worked at their Cosmetology school and salons. Debtors own 70% of Kittiez Academy DBA K2 Academy. Further Debtors are the 100% shareholders of Vu Holdings, Inc. and the directors and officers of the corporation. Finally Debtors are the 55%

1
Debtor's Status Conference Statement

owners of Kittiez Three, Inc. DBA Kittiez Haircuts for Men-South San Jose. Debtors are the directors and officers of this corporation.

Debtors owned Kittiez Inc. which ran a hair salon on Stevens Creek Blvd. It is now closed and the Secretary of State filed a Certificate of Dissolution on March 9, 2020. Before its closure, Debtors needed capital to expand. Hence Kittiez, Inc. borrowed money from various online business lenders which Debtors personally guaranteed. The repayment of these loans choked cash-flow. Select Funding, LLC filed a complaint in Los Angles Superior Court against Debtors and other entities. Before the shelter in place order in California, there was a modest slow-down in business attributed to the Corona virus which precipitated the filing of the herein case.

With the shelter in place order, all business locations have shut down. Hence debtors do not know when and how much of a salary they will be able to draw from the businesses.

1. <u>Factors Leading to Bankruptcy</u>.

As set forth above, the taking out of high interest business loans coupled with the Covid-19 crisis led to the filing of the petition.

2. <u>Schedule for Filing Plan</u>

Debtors recognize that a plan is due on May 29, 2020. However, not knowing when the shelter in place order will be lifted and not knowing how fast and to what level business will rebound to, it is difficult for Debtors to propose a feasible plan. Debtors intend to ask the Court for an extension of time to file a plan.

3. <u>Outline of Proposed Plan</u>

Debtors will propose a plan that pays general unsecured creditors at least $90,000 over time. The payment schedule will be assessed once the salon and beauty school reopens.

2
Debtor's Status Conference Statement

Case: 20-50412    Doc# 32    Filed: 04/16/20    Entered: 04/16/20 17:29:06    Page 2 of 4

4. Insurance

Debtors' vehicles are insured.

5. Retention of Professionals

An Order approving the employment of The Fuller Law Firm, P.C. was entered on March 23, 2020.

6. Post-petition operations

Post-petition operations of the various businesses from which debtors receive a salary have been temporarily closed. The reopening date is unknown and the rate of rebound of business is unknown.

7. Litigation

Select Funding, LLC filed a state court complaint which was stayed by this filing.

8. Attendance at meeting of Creditors

The IDI has been completed. Debtors provided supplemental documents. Debtors will be amending schedules. The 341 has been continued due to Covid-19.

9. MOR

The first MOR is not yet due.

10. Cash Collateral

None

11. Relief from Stay

FT&Lo, the Landlord of the Stevens Creek premises filed a motion for relief from stay. It is set for May 8, 2020. The landlord was notified of the surrender of the premises pre-petition. Debtors will enter into a stipulation for relief from stay to obtain possession.

12. Motions to Assume or Reject Executory Contracts

None.

13. <u>Unique Issues</u>

Debtors' future income is unknown.

DATED: April 16, 2020          THE FULLER LAW FIRM, PC

By: <u>/s/ Lars T. Fuller</u>
    LARS T. FULLER
    Attorney for Debtors

FULLER LAW FIRM, PC
60 N. KEEBLE AVE
SAN JOSE, CA 95125
(408) 295-5595