

LAW OFFICE OF WILLIAM J. HEALY
WILLIAM J. HEALY, #146158
748 Holbrook Pl.
Sunnyvale, CA 94087
Telephone: (408) 373-4680

ATTORNEYS FOR
FT & LO, LLC

The following constitutes the order of the Court.
Signed: May 6, 2020

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Jose Division)

In re: ) Case No. 20-50412 MEH
)
HAI VU and MAKARA VU, ) CHAPTER 11
)
) **ORDER APPROVING STIPULATION**
Debtors. ) **TO REJECT LEASE**
)
) Date:
) Time:
) Location:
)     United States Bankruptcy Court
)     Courtroom 11
)     280 South First Street
)     San Jose, CA 95113
)

    The Court, having read and considered the STIPULATION REGARDING MOTION TO COMPEL PAYMENT OF ADMINISTRATIVE RENT (11 U.S.C. 365 (d)(3) AND 503 (b)(1)) OR ALTERNATIVELY TO COMPEL LEASE REJECTION AND SURRENDER OF PREMISES AND ABANDONMENT OF PERSONAL PROPERTY (11 U.S.C. 365 (a) AND 365 (d)(4)) (Doc#34) signed by FT & LO, LLC ("Stevens Creek Landlord") and Debtors ("Stipulation") relating to the Stevens Creek Landlord's MOTION TO COMPEL PAYMENT OF

ADMINISTRATIVE RENT (11 U.S.C. 365 (d)(3) AND 503 (b)(1)) OR ALTERNATIVELY TO COMPEL LEASE REJECTION (11 U.S.C. 365 (a) AND 365 (d)(4)) ("Motion")(Doc#27) and having found good cause, does hereby approve the Stipulation and therefore,

IT IS HEREBY ORDERED AND DECREED as follows:

A. The Stevens Creak Leases[1] are deemed rejected as of March 1, 2020;

B. Debtors surrendered possession of the Premises as of March 1, 2020;

C. The Santa Clara Landlord shall not have an allowed administrative claim under §503(b) of the Bankruptcy Code for unpaid post-petition rent for the Premises;

D. The Santa Clara Landlord may file a non-administrative proof of claim for pre-petition damages and rejection damage claims relating to the Premises;

E. Except as specifically set forth herein, all rights, claims and defenses of the Debtors and the Stevens Creek Landlord are preserved, including claims, rights and defenses with respect to damages arising prior to the rejection of the Stevens Creek Leases and/or arising as a result of the rejection of the Stevens Creek Leases;

F. All personal property of the Debtors at the Premises is, pursuant to Bankruptcy Code § 554(a), hereby abandoned by the Debtors to the Stevens Creek Landlord which may exercise their rights and remedies relative to such personal property pursuant to applicable non-bankruptcy law.

***End of Order***

---

[1] Stevens Creek Leases are collectively a First Amendment to Lease dated May 29, 2015 and a Standard Retail Lease dated November 28, 2011 with Debtor Makara Vu relative to certain real property located within 4160 Stevens Creek Blvd., San Jose, CA 95129 ("Premises").

1
2                              Court Service List
3  All ECF Recipients.
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28