Entered on Docket
July 28, 2020
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



```
1   LARS T. FULLER (No. 141270)
    SAM TAHERIAN (No. 170953)
2   JOYCE K. LAU (No. 267839)          The following constitutes the order of the Court.
    THE FULLER LAW FIRM, P.C.          Signed: July 28, 2020
3   60 No. Keeble Ave.
    San Jose, CA 95126
4   Tel: (408)295-5595
                                       _____
5   Attorneys for Debtors              M. Elaine Hammond
                                       U.S. Bankruptcy Judge
```

# U.S. BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re: | Case No.: 20-50412-MEH |
| HAI VU<br>MAKARA VU | CHAPTER 11 |
| Debtors | **ORDER CONFIRMING PLAN OF REORGANIZATION DATED JUNE 9, 2020** |
| | Date: July 23, 2020<br>Time: 10:30 AM<br>Court: 11 |

Debtors Hai Vu and Makara Vu's hearing for approval and confirmation of their Plan of Reorganization dated June 9, 2020 ["Plan" hereinafter] pursuant to Subchapter V of Chapter 11 of the United States Bankruptcy Code came on for hearing on July 23, 2020  Lars T. Fuller appeared for Debtors.  Christopher Hayes appeared as the Subchapter V Trustee. Timothy Laffredi appeared for the Office of the United States Trustee.

No objection to confirmation having been filed, all impaired classes having accepted the plan, it appearing that the plan is feasible and all the requirements of section 1129(a) [except 11 U.S.C. §1129(a)(15) which does not apply in a Subchapter V case] having been met,

IT IS ORDERED THAT the Plan is confirmed as a consensual plan.

IT IS FURTHER ORDERED THAT entry of this confirmation order shall operate as a discharge under 11 U.S.C. §1141(d).

IT IS FURTHER ORDERED THAT the Subchapter V trustee's services are terminated on the filing of a notice of substantial consummation.

IT IS FURTHER ORDERED THAT the terms of the stipulation for Adequate Protection and Plan Amendment Regarding Assumption of Unexpired Lease of Personal Property between Debtors and Daimler Trust entered on July 15, 2020 as Docket No. 68 are incorporated herein by this reference.

***END OF ORDER***

**COURT SERVICE LIST**

All electronic service.