Fill in this information to identify the case:

Debtor Name _____

United States Bankruptcy Court for the: _____ District of _____

Case number: _____

☐ Check if this is an amended filing

Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11    12/17

Month: _____

Line of business: _____

Date report filed: _____
MM / DD / YYYY

NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: _____

Original signature of responsible party    *Hai Vu*

Printed name of responsible party _____

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| | | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☐ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☐ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☐ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☐ |
| 5. | Have you deposited all of the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☐ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| | | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☐ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☐ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☐ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☐ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☐ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☐ | ☐ |

Case: 20-50412   Doc# 100   Filed: 06/18/21   Entered: 06/18/21 17:47:09   Page 1 of 13

Debtor Name _____     Case number_____

17. Have you paid any bills you owed before you filed bankruptcy? ☐ ☐ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? ☐ ☐ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ _____

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.

    $ _____

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.

    − $ _____

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ _____

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

    = $ _____

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**     $ _____

    *(Exhibit E)*

Case: 20-50412     Doc# 100     Filed: 06/18/21     Entered: 06/18/21 17:47:09     Page 2 of 13

Debtor Name _____    Case number_____

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                                    $ _____

      *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                              _____

27. What is the number of employees as of the date of this monthly report?              _____

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?        $ _____

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?    $ _____

30. How much have you paid this month in other professional fees?                            $ _____

31. How much have you paid in total other professional fees since filing the case?          $ _____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | — | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. |  | Copy lines 20-22 of this report. |  | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ _____ | — | $ _____ | = | $ _____ |
| 33. **Cash disbursements** | $ _____ | — | $ _____ | = | $ _____ |
| 34. **Net cash flow** | $ _____ | — | $ _____ | = | $ _____ |

35. Total projected cash receipts for the next month:                                          $ _____

36. Total projected cash disbursements for the next month:                                  - $ _____

37. Total projected net cash flow for the next month:                                          = $ _____

Case: 20-50412   Doc# 100   Filed: 06/18/21   Entered: 06/18/21 17:47:09   Page 3 of 13

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☐   38.   Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐   39.   Bank reconciliation reports for each account.

☐   40.   Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐   41.   Budget, projection, or forecast reports.

☐   42.   Project, job costing, or work-in-progress reports.

Case: 20-50412    Doc# 100    Filed: 06/18/21    Entered: 06/18/21 17:47:09    Page 4 of 13

# Wells Fargo Everyday Checking



HAI M VU
MAKARA VU
DEBTOR IN POSSESSION
CH11 CS# 20-50412 (NCA)

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711
**1-800-TO-WELLS**   (1-800-869-3557)

*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| Service | | Service | |
|---|---|---|---|
| Online Banking | ☑ | Direct Deposit | ☑ |
| Online Bill Pay | ☑ | Auto Transfer/Payment | ☐ |
| Online Statements | ☑ | Overdraft Protection | ☐ |
| Mobile Banking | ☑ | Debit Card | ☐ |
| My Spending Report | ☑ | Overdraft Service | ☐ |

 IMPORTANT ACCOUNT INFORMATION

The following dedicated text telephone/telecommunication device for the deaf (TTY/TDD) lines are being retired on March 5, 2021: 800-877-4833, 800-419-2265 and 800-600-4833. We accept relay-assisted calls, including calls from the 711 service, when customers call any Wells Fargo customer service toll-free phone number. Wells Fargo will continue to provide excellent service to our deaf or hard of hearing customers and customers with speech disorders.

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 4/1 | $1,302.33 |
| Deposits/Additions | 13,057.85 |
| Withdrawals/Subtractions | - 10,443.93 |
| **Ending balance on 4/30** | **$3,916.25** |

Account number:   **8362**

**HAI M VU
MAKARA VU
DEBTOR IN POSSESSION
CH11 CS# 20-50412 (NCA)**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  121042882

(114)
Sheet Seq = 0057311
Sheet 00001 of  00002



**Overdraft Protection**
This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 4/2 | | Venmo Cashout 5548930505 Makara Vu | 689.00 | | 1,991.33 |
| 4/9 | | Money Network P2P 210409 Hai Vu Hai Vu | 5,600.00 | | 7,591.33 |
| 4/12 | | WT Fed#02874 Silvergate Bank /Org=Etoro USA LLC Srf# 3210365741 Trn#210412153664 Rfb# | 109.51 | | |
| 4/12 | | Venmo Cashout 210412 1013131284811 Makara Vu | 648.00 | | |
| 4/12 | | Wire Trans Svc Charge - Sequence: 210412153664 Srf# 3210365741 Trn#210412153664 Rfb# | | 15.00 | 8,333.84 |
| 4/13 | | Mobile Deposit : Ref Number :910130124276 | 3,000.00 | | 11,333.84 |
| 4/14 | | Venmo Cashout 210414 1013161472949 Makara Vu | 715.00 | | |
| 4/14 | | Zelle From Alexander x Roman on 04/14 Ref # Jpm575785728 | 50.00 | | |
| 4/14 | | Zelle From Alexander x Roman on 04/14 Ref # Jpm575787651 | 50.00 | | |
| 4/14 | | Purchase authorized on 04/14 The Gun Exchange 2902 Alm San Jose CA P00461104599390750 Card 6972 | | 44.84 | |
| 4/14 | | Zelle to Roman Alexander on 04/14 Ref #Rp0B8Wnd82 | | 20.00 | 12,084.00 |
| 4/16 | 103 | Deposited OR Cashed Check | | 10,000.00 | 2,084.00 |
| 4/21 | | Venmo Cashout 210421 1013273914799 Makara Vu | 672.00 | | 2,756.00 |
| 4/27 | | Venmo Cashout 210426 1013353859312 Makara Vu | 150.00 | | 2,906.00 |
| 4/28 | | Venmo Cashout 210428 1013387999676 Makara Vu | 802.34 | | |
| 4/28 | | Purchase authorized on 04/25 Turo Inc.* Trip Ju Httpsturo.Com CA S461115779091245 Card 6972 | | 364.09 | 3,344.25 |
| 4/29 | | Venmo Cashout 210429 1013405991411 Makara Vu | 572.00 | | 3,916.25 |
| **Ending balance on 4/30** | | | | | **3,916.25** |
| **Totals** | | | **$13,057.85** | **$10,443.93** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

**Summary of checks written** *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount |
|---|---|---|
| 103 | 4/16 | 10,000.00 |

**Monthly service fee summary**

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 04/01/2021 - 04/30/2021 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| The bank has waived the fee for this fee period. | | |

| How to avoid the monthly service fee | Minimum required | This fee period |
|---|---|---|
| Have any ONE of the following account requirements | | |
| · Minimum daily balance | $500.00 | $1,302.33 ☑ |
| · Total amount of qualifying direct deposits | $500.00 | $9,848.34 ☑ |
| · Age of primary account owner | 17 - 24 | ☐ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

RC/RC

Case: 20-50412   Doc# 100   Filed: 06/18/21   Entered: 06/18/21 17:47:09   Page 6 of 13



 IMPORTANT ACCOUNT INFORMATION

_____

**Can we reach you when it's really important?**

Don't miss suspicious-activity alerts and critical account information. Please make sure your contact information is current by:
- Signing on to wellsfargo.com or the Wells Fargo Mobile® app and navigating to the Update Contact Information page via My Profile
- Contacting the phone number at the top of your statement
- Visiting a branch



## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** **Enter the ending balance** on this statement. $ _____

**B** **List outstanding deposits and other credits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| **Total** | $ |

+ $ _____

**C** Add **A** and **B** to calculate the subtotal. = $ _____

**D** **List outstanding checks, withdrawals, and other debits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Number/Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **Total** | $ |

- $ _____

**E** **Subtract** **D** **from** **C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.

= $ _____

## General statement policies for Wells Fargo Bank

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801

Member FDIC. 



# WELLS FARGO

🔍 | ✉️ ² | 🔒 Sign Off | 👤 Welcome ⌄

| Accounts ⌄ | Brokerage | Transfer & Pay ⌄ | Plan & Learn ⌄ | Security & Support ⌄ |

🏠 Account Summary | Switch Account ⌄ | 🖨️ Print

Download Account Activity | Dispute a Transaction

☑️ Show ending daily balance

*The Available Balance shown above reflects the most up-to-date information available on your account. The balances shown below next to the last transaction of each day do not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when the transaction posted. If you had insufficient available funds when the transaction posted to your account, fees may have been assessed.*

‹ First | ‹ Previous | Next ›

| Date ▼ | Description ⬍ | | Deposits/Credits ⬍ | Withdrawals/Debits ⬍ | Ending Daily Balance |
|--------|-------------|---|-------------------|---------------------|---------------------|
| **Pending Transactions** | | | | | |
| No pending transactions to view. | | | | | |
| **Posted Transactions** | | | | | |
| ⊕ 04/30/21 | MONTHLY SERVICE FEE | Monthly Service Fee Summary | | $5.00 | -$4.99 |
| ⊕ 03/31/21 | MONTHLY SERVICE FEE | Monthly Service Fee Summary | | $5.00 | $0.01 |
| ⊕ 02/26/21 | MONTHLY SERVICE FEE | Monthly Service Fee Summary | | $5.00 | $5.01 |
| **Totals** | | | $0.00 | $15.00 | |

# EXHIBIT C

| Cash Received | |
|---|---|
| $572.00 | |
| $802.00 | |
| $150.00 | |
| $672.00 | |
| $50.00 | |
| $50.00 | |
| $715.00 | |
| $3,000.00 | |
| $648.00 | |
| $109.51 | |
| $5,600.00 | |
| $689.00 | |
| | |
| $13,057.51 | total |

# EXHIBIT D

| Date | Payee | Purpose | Amount |
|---|---|---|---|
| 4/28/2021 | turo | car rental | $364.09 |
| 4/16/2021 | branislav vajdic | rent | $10,000.00 |
| 4/14/2021 | alex roman | food | $20.00 |
| 4/14/2021 | gun exchange | household items | $44.84 |
| 4/12/2021 | sprint | phone | $15.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | Total | $10,443.93 |