LARS T. FULLER (No. 141270)
SAM TAHERIAN (No. 170953)
THE FULLER LAW FIRM, P.C.
60 No. Keeble Ave.
San Jose, CA 95126
Telephone: (408)295-5595
Facsimile: (408) 295-9852

Attorneys for Debtors

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| In re<br><br>HAI VU<br>MAKARA VU<br><br>Debtors | CASE NO. 20-50412-MEH<br><br>Chapter 11<br>[Subchapter V]<br><br>**NOTICE OF SUBSTANTIAL CONSUMMATION** |

TO: The United States Trustee, Christopher Hayes, Subchapter V Trustee, all creditors and parties in interest:

PLEASE TAKE NOTICE THAT the consensual plan in the herein case is substantially consummated.

DATED: July 14, 2021                    THE FULLER LAW FIRM, P.C.


By:  /s/ *Lars T. Fuller*
     LARS T. FULLER
     Attorneys for Debtors

1
NOTICE OF SUBSTANTIAL CONSUMMATION